AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN - 9 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Priscilla Lee OLIVAREZ<br>YOB:1989<br>United States Citizen | ) ) ) ) ) | Case No. M-15-0923-M |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 8, 2015__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Subject did knowingly and willfully conspire with other persons for the purpose of distributing 204.5 kilograms / 450.8 pounds of marijuana a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_Complainant's signature_

J. Brandon Wargo, HSI Special Agent
_Printed name and title_

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: June 9, 2015 9:43 AM

_Judge's signature_

Peter E Ormsby, United States Magistrate Judge
_Printed name and title_

City and state: McAllen, Texas

# ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, J. Brandon Wargo, Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn, depose and say the following:

On June 8, 2015, United States Border Patrol Agents (BPA's) utilizing an Aerostat near the community of Fronton, Texas observed a group of individuals emerge from the brush, carrying what appeared to be bundles of marijuana. Shortly after, BPA's observed a brown in color Ford Ranger approach the area and was loaded with the bundles of marijuana. The Ford Ranger proceeded to travel back to FM 650 and parked at an area known as the "three car garage," where the driver, later identified as Priscilla Lee OLIVAREZ, exited the vehicle and proceeded to walk into the brush and then onto Alamo Road.

Prior to OLIVAREZ exiting the vehicle, a CBP helicopter (Omaha) was also on scene and was able to maintain visual surveillance of her. Omaha provided a description of the drivers clothing, which was a black shirt and blue jean shorts, to responding agents. While maintaining a visual of her, Omaha further observed OLIVAREZ throw a cellular telephone into the brush while she attempted to flee. Omaha successfully directed ground agents to OLIVAREZ location and to the location where they observed her throw the cellphone into the brush.

A search of the vehicle revealed 204.5 kilograms / 450.8 pounds of marijuana in the bed of the pickup truck.

OLIVAREZ was subsequently transported to the Rio Grande City, Texas Border Patrol Station for processing and questioning. Before answering any questions or making any statements, OLIVAREZ was advised of her Miranda Rights by SA Wargo, which she acknowledged, however she invoked her right to remain silent and all questioning ceased.

Records checks of OLIVAREZ revealed she currently has two open warrants, one related to a federal narcotics smuggling event, and the other for a state narcotics smuggling event.